```
 1   LAURA E. DUFFY
     United States Attorney
 2   STEPHEN H. WONG                          2013 MAR -5  PM 2:09
     Assistant U.S. Attorney
 3   California State Bar No. 212485
     Federal Office Building
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893         BY  OPO
 5   Telephone: (619) 546-9464

 6   Attorneys for Plaintiff
     United States of America
 7
                     UNITED STATES DISTRICT COURT
 8
                   SOUTHERN DISTRICT OF CALIFORNIA
 9
     UNITED STATES OF AMERICA      )   Case No. 12CR4156-BTM
10                                 )   OK. BTM.
                     Plaintiff,    )   ORDER ~~FIRST AMENDED~~ JUDGEMENT AND ORDER
11                                 )   OF DISMISSAL OF OSCAR LOPEZ
             v.                    )
12                                 )
     OSCAR LOPEZ,                  )
13                                 )
                     Defendant.    )
14   _____)

15

16        Upon  motion  of  the  UNITED  STATES  OF  AMERICA  and  good  cause

17   appearing,

18        IT IS HEREBY ORDERED that the Superseding Information and the

19   Indictment in Case No. 12CR4156-BTM against defendant OSCAR LOPEZ be

20   dismissed without prejudice.

21        IT IS SO ORDERED.

22

23   DATED: March 4, 2013.

24                                 _____
                                   HONORABLE BARRY T. MOSKOWITZ
25                                 United States Chief Judge

26

27

28
```