

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR - 7 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>OSCAR LOPEZ [1],<br><br>                Defendant. | CASE NO. 12CR4156-BTM<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Superseding Information:

Indictment: 21:952 and 960 - Importation of Methamphetamine

Superseding Information: 21:952,960 and 963; 18:2 - Conspiracy to Import Methamphetamine.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 4, 2013

Barry Ted Moskowitz
U.S. District Judge